# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eric CHAPARRO | ) | Case No. |
| | ) | 1:18-MJ- 04U |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 25, 2017__ in the county of __Travis__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and (b)(1)(B) | possessing with intent to distribute more than 500 grams of a mixture or substance that contained a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) |
| 18 USC 924(c) | carrying a firearm during and in relation to a drug trafficking crime |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Nathan Sheldon - ATF Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __01/22/2018__

_Judge's signature_

City and state: __Austin, Texas__   Andrew W. Austin, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Nathan Sheldon, do hereby depose and state the following:

1. I have been a Special Agent with ATF for twelve (12) years. I have been a law enforcement official for fifteen (15) years. I am currently assigned to the Austin Field Office and am charged with investigating violations of federal law, including violations of the Gun Control Act of 1968, 18 U.S.C. § 921 *et. seq.*, and the explosives, arson, alcohol, and tobacco laws. I am familiar with the crimes of (a) carrying firearms during and in relation to a drug trafficking crime; and (b) possession of controlled substances with intent to distribute.

2. This affidavit does not contain every fact I know about this investigation. Rather, it sets out facts demonstrating probable cause to believe that certain federal offenses have occurred. Dates and times are on or about, and communications are related in sum and substance. I learned some or all of the facts in this affidavit through communications with other law enforcement officers rather than personal observation.

3. On November 25, 2017, a Deputy with the Travis County Sheriff's Office noticed a parked vehicle with the right blinker flashing. Upon approaching the vehicle, the Deputy observed two individuals who appeared to be sleeping inside the vehicle. Eric CHAPARRO was in the driver's seat. Travis County dispatch notified the Deputy that CHAPARRO had an outstanding felony arrest warrant for possession of controlled substance-cocaine.

4. CHAPARRO was removed from the vehicle and placed in handcuffs. Upon inventory of the vehicle, Deputies found a loaded Springfield Armory, model XD45, .45 caliber handgun between the driver's seat and the center console. Under the front driver's seat were three boxes of .45 caliber ammunition. In the trunk was a black backpack that contained two kilograms of cocaine.

5. CHAPARRO was read his rights and questioned. CHAPARRO stated the car was his. When asked what was inside the trunk of the car, CHAPARRO replied "man you already know what it is, stop playing with me." CHAPARRO also said "fuck yall, you know what it is take me in."

Sworn under penalty of perjury.

_____
Nathan Sheldon, ATF
Dated: January 22, 2018

SWORN TO BEFORE ME THIS 22nd DAY OF JANUARY 2018

_____
Hon. Andrew W. Austin
United States Magistrate Judge
Western District of Texas